# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1900
_____

United States of America

*Plaintiff - Appellee*

v.

Eric Dean Rollins

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa
_____

Submitted: July 10, 2024
Filed: July 15, 2024
[Unpublished]
_____

Before KELLY, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Eric Rollins appeals after the district court[1] revoked his supervised release and sentenced him to six months in prison and a life term of supervised release. His

---

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

counsel has moved to withdraw and filed a brief challenging the revocation sentence as substantively unreasonable. Rollins filed a supplemental pro se brief arguing the sentence violates his First and Eighth Amendment rights.

After reviewing the record, we conclude the district court did not abuse its discretion in imposing the sentence. *See United States v. Miller*, 557 F.3d 910, 915-17 (8th Cir. 2009) (reviewing the substantive reasonableness of a revocation sentence under a deferential abuse-of-discretion standard). We also reject Rollins's challenges to the constitutionality of his sentence. *See United States v. Contreras*, 816 F.3d 502, 514 (8th Cir. 2016); *United States v. Israel*, 317 F.3d 768, 770 (7th Cir. 2003). Accordingly, we grant counsel's motion to withdraw and affirm.

_____